William C. Rand, Esq. (WR-7685)
LAW OFFICE OF WILLIAM COUDERT RAND
501 Fifth Ave., 15th Floor
New York, New York 10017
Phone: (212) 286-1425; Fax: (646) 688-3078
Email: wcrand@wcrand.com

**FILED**
**CLERK**

10:17 am, May 26, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOSEPHINE BROWN,                                    :     ECF
Individually and on Behalf of All Other             :     21 Civ. 1139
Persons Similarly Situated,                         :
                                                    :
                    Plaintiffs,                     :
                                                    :
    -against-                                       :
                                                    :
PERSONAL TOUCH HOME CARE OF LONG ISLAND, :
INC., ROBERT CAIONE and JOHN DOES #1-10,            :
                                                    :
                    Defendants.                     :
-----------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to FRCP 41(a)(1)(A)(i), Plaintiff JOSEPHINE BROWN hereby voluntarily dismisses, without prejudice, all claims brought by Plaintiff against Defendants in the above captioned proceeding. This Notice of Dismissal is made without prejudice and without attorney fees, costs or any other fees to any party.

Dated: New York, New York
       May 25, 2021

                                    LAW OFFICE OF WILLIAM COUDERT RAND

                                    By: _____
                                    William Coudert Rand (WR 7685)
                                    501 Fifth Ave., 15th Floor
                                    New York, New York 10017
                                    Phone: (212) 286-1425
                                    Attorney for Plaintiff

Dated: 5/26/2021
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.